IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAMUEL JAY BUCK,** | **CIVIL NO. 1:14-CV-1188** |
| **Plaintiff** | **(Judge Rambo)** |
| v. | **(Magistrate Judge Carlson)** |
| **U.S. PENITENTIARY CANAAN KITCHEN SUPERVISOR,** *et al.,* | |
| **Defendants** | |

## O R D E R

Before the court is a May 19, 2015 report of the magistrate judge to whom this matter was referred in which he recommends that Defendants' motion for summary judgment be granted. Objections to the report and recommendation were due no later than June 5, 2015 and to date, no objections have been filed.

Upon independent review of the entire record and applicable law, **IT IS HEREBY ORDERED THAT**:

1) The Court adopts the report and recommendation of Magistrate Judge Carlson (Doc. 26).

2) Defendants' motion for summary judgment (Doc. 22) is **GRANTED**.

3) The Clerk of Court shall enter judgment in favor of Defendants and against Plaintiff and close the file.

4) It is certified that any appeal from this order will be deemed frivolous and not taken in good faith.

                                                        s/Sylvia H. Rambo
                                                       United States District Judge

Dated: June 16, 2015.